```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 12180
    YAW Y ASUAMA
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-2757

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/13/2008 and was confirmed 08/27/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.14%.

     The case was dismissed after confirmation 11/26/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
BRANDON SHORES CONDO ASS  SECURED            8746.00              .00          584.00
COOK COUNTY TREASURER     SECURED            2733.00              .00          200.00
COOK COUNTY TREASURER     UNSECURED         NOT FILED             .00              .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG          .00              .00              .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE     831.52                .00          831.52
NATIONWIDE ACCEPTANCE     NOTICE ONLY       NOT FILED             .00              .00
PATIENCE K YEBOAH         NOTICE ONLY       NOT FILED             .00              .00
INTERNAL REVENUE SERVICE  PRIORITY          3428.33               .00              .00
INTERNAL REVENUE SERVICE  UNSECURED         4922.38               .00              .00
CITY OF CHICAGO PARKING   UNSECURED         NOT FILED             .00              .00
CITY OF CHICAGO DEPT OF   UNSECURED         9175.11               .00              .00
COMCAST                   UNSECURED         NOT FILED             .00              .00
ECAST SETTLEMENT CORP     UNSECURED         2022.67               .00              .00
MARSHALL FIELDS           UNSECURED         NOT FILED             .00              .00
BLUE RIBBON TAXI          NOTICE ONLY       NOT FILED             .00              .00
BANK OF NEW YORK          NOTICE ONLY       NOT FILED             .00              .00
VATIV RECOVERY SOLUTIONS  UNSECURED         1104.19               .00              .00
GREAT AMERICAN FINANCE    UNSECURED         1693.18               .00              .00
JOYNER LAW OFFICE         DEBTOR ATTY           .00                                .00
TOM VAUGHN                TRUSTEE                                              140.48
DEBTOR REFUND             REFUND                                                   .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              1,756.00

PRIORITY                                           .00
SECURED                                       1,615.52
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 12180 YAW Y ASUAMA

```
TRUSTEE COMPENSATION                                              140.48
DEBTOR REFUND                                                        .00
                                           ----------------    ----------------
TOTALS                                            1,756.00           1,756.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                          /s/ Tom Vaughn
    Dated: 02/25/09                       _____
                                          TOM VAUGHN
                                          CHAPTER 13 TRUSTEE
```